Patrick G. Byrne (Nevada Bar #7636)
V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
       vbohman@swlaw.com

Michael D. Fishbein
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215.592.1500
Facsimile: 215.592.4663
Email: mfishbein@lfsblaw.com
*(Admitted Pro Hac Vice)*

*Attorneys for Plaintiff John Makransky*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MAKRANSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID DOTO, an individual; and JENNA WELLS-DOTO, an individual,<br><br>Defendants. | Case No. 2:16-cv-00563-JCM-CWH<br><br>**STIPULATION AND ORDER REGARDING FEES AND COSTS PURSUANT TO THE COURT'S MINUTE ORDER ENTERED ON OCTOBER 20, 2016** |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiff John Makransky ("Plaintiff" and together with Defendants, the "Parties"), by and through his counsel, Patrick G. Byrne and V.R. Bohman of the law firm Snell & Wilmer L.L.P., and Michael D. Fishbein of the law firm Levin, Fishbein, Sedran & Berman, and Defendants David Doto ("David") and Jenna Wells-Doto ("Jenna" and together with David, "Defendants"), by and through their counsel, Eric D. Hone and Gabriel A. Blumberg of the law firm Dickinson Wright PLLC, hereby submit the following Stipulation Regarding Fees and Costs Pursuant to the Court's Minute Order Entered on October 20, 2016.

WHEREAS the Court awarded Plaintiff seventy-five percent of the reasonable costs and attorney's fees for bringing his motion to compel; and

WHEREAS the Court ordered Defendants and Defendants' Counsel to each pay half of the awarded costs and fees; and

WHEREAS the parties have met and conferred regarding the amount; and

WHEREAS Plaintiff desires to address the merits of this litigation rather than continue to litigate ancillary matters;

WHEREAS Defendants reserve their right to object to the Magistrate Judge's imposition of sanctions but do not wish to expend resources litigating what constitutes the reasonable costs and attorney's fees for purposes of the sanction;

THEREFORE, the Parties hereby stipulate and agree as follows:

1. Defendants David and Jenna Wells-Doto shall issue a valid and proper check payable to Plaintiff John Makransky in the amount of $2,925 within seven (7) days of any District Court order affirming the Magistrate Judge's October 20, 2016 Minute Order as it pertains to the imposition of sanctions.

2. Counsel for Defendants, Dickinson Wright PLLC, shall issue a valid and proper check payable to Plaintiff John Makransky in the amount of $2,925 within seven (7) days of any District Court order affirming the Magistrate Judge's October 20, 2016 Minute Order as it pertains to the imposition of sanctions.

DATED this 9th day of November 2016.

SNELL & WILMER L.L.P.

_/s/ Patrick G. Byrne_
Patrick G. Byrne
Nevada Bar No. 7636
V.R. Bohman
Nevada Bar No. 13075
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

and

DATED this 9th day of November 2016.

DICKINSON WRIGHT PLLC

_/s/ Gabriel A. Blumberg_
Eric D. Hone
Nevada Bar No. 8499
Gabriel A. Blumberg
Nevada Bar No. 12332
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210

*Attorneys for Defendants David Doto and Jenna Wells-Doto*

1  Michael D. Fishbein
   LEVIN, FISHBEIN, SEDRAN & BERMAN
2  510 Walnut Street
   Suite 500
3  Philadelphia, PA 19106
   *(Admitted Pro Hac Vice)*
4
   *Attorneys for Plaintiff John Makransky*
5
                                        **ORDER**
6
        IT IS SO ORDERED
7
   DATED this 10th day of November 2016.
8
9                                       _____
10                                      UNITED STATES MAGISTRATE JUDGE

11  Respectfully submitted,

12  SNELL & WILMER L.L.P.

13
    By: _____
14  Patrick G. Byrne
    V.R. Bohman
15  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
16  Las Vegas, NV  89169
    Telephone:  702.784.5200
17  Facsimile:  702.784.5252
    Email:pbyrne@swlaw.com
18  Email:vbohman@swlaw.com

19
    Michael D. Fishbein
20  LEVIN, FISHBEIN, SEDRAN & BERMAN
    510 Walnut Street, Suite 500
21  Philadelphia, PA 19106
    Telephone: 215.592.1500
22  Facsimile: 215.592.4663
    Email: mfishbein@lfsblaw.com
23  *(Admitted Pro Hac Vice)*

24  *Attorneys for Plaintiff John Makransky*
    25190964
25

26

27

28