1  Patrick G. Byrne (Nevada Bar #7636)
   V.R. Bohman (Nevada Bar #13075)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: pbyrne@swlaw.com
5         vbohman@swlaw.com

6  Michael D. Fishbein
   LEVIN, FISHBEIN, SEDRAN & BERMAN
7  510 Walnut Street, Suite 500
   Philadelphia, PA 19106
8  Telephone: (215) 592-1500
   Facsimile: (215) 592-4663
9  Email: mfishbein@lfsblaw.com
   *(Admitted Pro Hac Vice)*

10

*Attorneys for Plaintiff*

11                  UNITED STATES DISTRICT COURT
12                        DISTRICT OF NEVADA
13

14  JOHN MAKRANSKY, an individual,

15          Plaintiff,                      Case No. 2:16-cv-00563-JCM-CWH

16  vs.                                     **MOTION TO WITHDRAW AS COUNSEL BY MICHAEL D. FISHBEIN INDIVIDUALLY AND BY LAW FIRM OF LEVIN, FISHBEIN, SEDRAN & BERMAN**

17  DAVID DOTO, an individual; and JENNA
    WELLS-DOTO, an individual,
18
           Defendants.
19

20

21        The law firm of Snell & Wilmer L.L.P. submits this Motion to Withdraw as Counsel by co-
22  counsel Michael Dr. Fishbein, individually, and on behalf of the law firm of Levin, Fishbein,
23  Sedran & Berman, (the "Motion") for Plaintiff John Makransky.  This Motion is based on the
24  following Memorandum of Points and Authorities, the attached declaration of V.R. Bohman, and
25  any oral argument that this Court may entertain.
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| Dated: December 21, 2016 | | SNELL & WILMER L.L.P. |
| | By: | *[signature]* |
| | | Patrick G. Byrne (Nevada Bar 7636) |
| | | V.R. Bohman (Nevada Bar 13075) |
| | | 3883 Howard Hughes Parkway |
| | | Suite 1100 |
| | | Las Vegas, Nevada  89169 |
| | | |
| | | Michael D. Fishbein |
| | | LEVIN, FISHBEIN, SEDRAN & BERMAN |
| | | 510 Walnut Street |
| | | Suite 500 |
| | | Philadelphia, PA  19106 |
| | | |
| | | *Attorneys for Plaintiff* |

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule IA 11–6 addresses an attorney's request to withdraw as counsel after appearing in a case. It provides, in pertinent part:

> (b) No attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel.

The client (Plaintiff) and opposing counsel have been given notice of this motion as explained in the attached declaration and certificate of service. Mr. Fishbein's withdrawal and the withdrawal of the law firm is unopposed by Plaintiff, and will not cause any delay or other material adverse effect on the interests of the parties as Snell & Wilmer L.L.P. will continue to act as Counsel of Record for Plaintiff.

As a result, good cause exists for allowing Michael D. Fishbein, Esq. and the law firm of Levin, Fishbein, Sedran & Berman to withdraw as Plaintiff's counsel in this matter. Based on the foregoing, withdrawal under the circumstances is justified and Plaintiff respectfully requests this Court grant the Motion.

Dated: December 21, 2016

SNELL & WILMER L.L.P.

By: /s/
Patrick G. Byrne (Nevada Bar 7636)
V.R. Bohman (Nevada Bar 13075)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

Michael D. Fishbein
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

*Attorneys for Plaintiff*

## DECLARATION OF V.R. BOHMAN, ESQ.

1. I am V.R. Bohman, counsel for Plaintiff and co-counsel with Mr. Fishbein in this matter. This Declaration is submitted in support of the Motion to Withdraw as Counsel by Michael D. Fishbein and the law firm of Levin, Fishbein, Sedran & Berman.

2. Mr. Fishbein and the law firm of Levin, Fishbein, Sedran & Berman have expressed a desire to withdraw from this case, and Plaintiff does not oppose the withdrawal of each. A copy of this motion has been provided to Plaintiff previously and is provided to opposing counsel contemporaneously with this filing.

3. Snell & Wilmer L.L.P. will continue to represent Plaintiff, ensuring that the withdrawal of Mr. Fishbein and the law firm of Levin, Fishbein, Sedran & Berman will not cause any delay or other material adverse impact to any party.

4. This is my declaration, under penalty of perjury.

Executed on December 21, 2016.

_____
V.R. BOHMAN, ESQ.

IT IS SO ORDERED.

DATED: December 23, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2016, I electronically transmitted the foregoing **MOTION TO WITHDRAW AS COUNSEL BY MICHAEL D. FISHBEIN INDIVIDUALLY AND BY LAW FIRM OF LEVIN, FISHBEIN, SEDRAN & BERMAN** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Patricia Larsen
An employee of Snell & Wilmer L.L.P.