**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MAKRANSKY,<br><br>           Plaintiff(s),<br><br>v.<br><br>DAVID DOTO, et al.,<br><br>           Defendant(s). | Case No. 2:16-CV-563 JCM (CWH)<br><br>ORDER |

    Presently before the court is defendant Jenna Wells-Doto's emergency motion to stay the enforcement of plaintiff's granted motion to compel discovery (ECF No. 34). (ECF No. 50). Specifically, defendant asks that this court allow a stay of discovery until the adjudication of her objection (ECF No. 39) to the magistrate judge's decision to grant plaintiff's motion to compel (ECF No. 34).

    This court finds that this motion is properly understood as a motion made pursuant to Local Rule IB 3-1 because the magistrate judge has already denied the defendant's request to stay discovery until the adjudication of her objection, and defendant now asks this court to do the same. (ECF Nos. 47, 50). Under that rule, opposing parties have the opportunity to respond. LR IB 3-1.

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff shall have fourteen (14) days from the date of this order to respond to defendant's motion (ECF No. 50).

    IT IS FURTHER ORDERED that defendant shall have seven (7) days from the date the response is filed to submit a reply.

    DATED January 5, 2017.

                                                    /s/ James C. Mahan
                                                   UNITED STATES DISTRICT JUDGE