Patrick G. Byrne (Nevada Bar #7636)
V.R. Bohman (Nevada Bar #13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
       vbohman@swlaw.com

*Attorneys for Plaintiff and Counter-defendant John Makransky; and for Third-Party Defendant Jane Makransky*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MAKRANSKY, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAVID DOTO, an individual; and JENNA WELLS-DOTO, an individual,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00563-JCM-CWH<br><br><br>**NOTICE OF SETTLEMENT and STIPULATED REQUEST TO SUSPEND LITIGATION PENDING THE FILING OF A STIPULATION FOR DISMISSAL OF ALL CLAIMS** |
| DAVID DOTO, an individual, and JENNA WELLS-DOTO, an individual,<br><br>　　　　　　Counterclaimants,<br><br>vs.<br><br>JOHN MAKRANSKY, an individual,<br><br>　　　　　　Counterdefendant. | |
| DAVID DOTO, an individual, and JENNA WELLS-DOTO, an individual,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>JANE MAKRANSKY, an individual,<br><br>　　　　　　Third-Party Defendant. | |

COME NOW Plaintiff/Counterdefendant JOHN MAKRANSKY, by and through his counsel of record, Patrick Byrne, Esq. and V.R. Bohman, Esq. of Snell & Wilmer L.L.P., and Defendants/Counterclaimants/Third-Party Plaintiffs DAVID DOTO and JENNA WELLS-DOTO by and through their counsel of record, Eric D. Hone, Esq. and Gabriel A. Blumberg, Esq. of Dickinson Wright PLLC, and advise the court that the parties in the above-entitled action were able to reach a comprehensive settlement of all claims and are in the process of documenting their agreement.

WHEREFORE, the undersigned counsel respectfully request that the court suspend the litigation in this matter, including all pleading and response deadlines, pending the filing of a stipulation for dismissal with prejudice as to all claims on or before March 15, 2017.

Dated: February 15, 2017

SNELL & WILMER L.L.P.

By: _____
Patrick G. Byrne (Nevada Bar 7636)
V.R. Bohman (Nevada Bar 13075)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff and Counter-defendant John Makransky; and for Third-Party Defendant Jane Makransky*

Dated: February 15, 2017

DICKINSON WRIGHT PLLC

By: _____
Eric D. Hone (Nevada Bar 8499)
Gabriel A. Blumberg (Nevada Bar 12332)
8363 West Sunset Road
Suite 200
Las Vegas, Nevada 89113-2210

*Attorneys for Plaintiff/Counterclaimant/Third-Party Plaintiff David Doto and Defendant/Counterclaimant/Third-Party Plaiintiff Jenna Wells-Doto*

## ORDER

IT IS HEREBY ORDERED that, pursuant to Stipulation by the parties, litigation in this matter is suspended, including as to all pleading and response deadlines, pending filing of a stipulation for dismissal with prejudice as to all claims.

IT IS FURTHER ORDERED that by March 15, 2017, the parties must filed a stipulated dismissal or submit to the court a joint status report outlining what issues are impeding settlement, and what assistance the court may provide. The joint status report must be submitted directly to the chambers of the Honorable C.W. Hoffman, Jr., at fax number (702) 464-5581. The report shall not be delivered or mailed to the clerks' office or e-filed in CM/ECF.

IT IS SO ORDERED.
DATED: February 16, 2017

_____
UNITED STATES MAGISTRATE JUDGE

25761412.1