```
DICKINSON WRIGHT PLLC
ERIC D. HONE
Nevada Bar No. 8499
Email: ehone@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
```
*Attorneys for Defendants/
Counterclaimants/Third-Party Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MAKRANSKY, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>DAVID DOTO, an individual; and JENNA WELLS-DOTO, an individual,<br><br>                          Defendants.<br><br>AND ALL RELATED CLAIMS | CASE NO. 2:16-cv-00563-JCM-CWH<br><br>**STIPULATION AND ORDER TO WITHDRAW CERTAIN CLAIMS AND FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants/Counterclaimants/Third-Party Plaintiffs David Doto and Jenna Wells-Doto, by and through their attorneys, the law firm of Dickinson Wright PLLC, and Plaintiff/Counterdefendant John Makransky, by and through his counsel, the law firm of Snell & Wilmer L.L.P, STIPULATE AND AGREE:

1. Makransky's fraudulent transfer claim (Count V) and fraud and conspiracy to defraud claim (Count VI, but misidentified as Count IV) in his Amended Complaint [ECF No. 17] are hereby withdrawn with prejudice.

2. David Doto's fraudulent inducement claim (Count I) and fraudulent misrepresentation claim (Count VI) in his Amended Counterclaim [ECF No. 59] are hereby withdrawn with prejudice.

1

3. The Dotos' intentional inflection of emotional distress claim (Count V) in their Amended Counterclaim and Third-Party Complaint [ECF No. 59] is hereby withdrawn with prejudice.

4. This matter, including all remaining claims, counterclaims, and third-party claims shall be dismissed with prejudice.

5. Each party shall bear its own attorneys' fees and costs.

6. The case is concluded and may be dismissed.

| | |
|---|---|
| DATED this 2nd day of March 2017. | DATED this 2nd day of March 2017. |
| SNELL & WILMER L.L.P. | DICKINSON WRIGHT PLLC |
| /s Patrick G. Byrne<br>Patrick G. Byrne<br>Nevada Bar No. 7636<br>V.R. Bohman<br>Nevada Bar No. 13075<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff/Counterdefendant* | Eric D. Hone<br>Nevada Bar No. 8499<br>Gabriel A. Blumberg<br>Nevada Bar No. 12332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>Tel: (702) 550-4400<br>*Attorneys for Defendants/<br>Counterclaimants/Third-Party Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: March 10, 2017